FILED IN OPEN COURT
4/13/06 KJK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Misc. No. 06-43M |
| | ) |
| RICHARD ADJEI, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the Criminal Complaint and the entire file as to the above-captioned defendant.

COLM F. CONNOLLY
United States Attorney

By: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: April 13, 2006

**IT IS SO ORDERED** this 13th day of April, 2006.

_____
HONORABLE KENT A. JORDAN
United States District Court Judge

FILED
APR 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE