*FILED IN OPEN COURT*
*4/13/06 KJK.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Misc No. 06-43M |
| | ) | |
| RICHARD ADJEI, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1.  **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    _____ Crime of violence (18 U.S.C. § 3156)

    _____ Maximum sentence life imprisonment or death

    _____ 10+ year drug offense

    _____ Felony, with two prior convictions in above categories

    __✓__ Serious risk defendant will flee

    _____ Serious risk obstruction of justice

F I L E D

APR 1 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2.  **Reason For Detention**.  The court should detain defendant because there are no

conditions of release which will reasonably assure (**check one or both**):

_____ Defendant's appearance as required

_____ Safety of any other person and the community


3.  **Rebuttable Presumption**.  The United States (will / will not) invoke the rebuttable

presumption against defendant under § 3142(e).  (If yes) The presumption applies

because (**check one or both**):

_____ Probable cause to believe defendant committed 10+ year drug offense or

firearms offense, 18 U.S.C. § 924(c)

_____ Previous conviction for "eligible" offense committed while on pretrial bond


4.  **Time For Detention Hearing** .  The United States requests the court conduct the

detention hearing,

_____ At first appearance

__X__ After continuance of __3__ days (not more than 3).


5.  **Temporary Detention**.  The United States request the temporary detention of the

defendant for a period of _____ days (not more than 10) so that the appropriate officials

can be notified since (**check 1 or 2, and 3**):

_____ 1.  At the time the offense was committed the defendant was:

_____ (a) on release pending trial for a felony;

2

       —    (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

       —    (c) on probation or parole for an offense.

    2.   The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

   ✓   3.   The defendant may flee or pose a danger to any other person or the community.

6.   **Other Matters**.

_____

_____

_____

DATED this 13th day of April , 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
Beth Moskow-Schnoll
Assistant United States Attorney

3