AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

RICHARD ADJEI

**WARRANT FOR ARREST**

CASE NUMBER: 06- 43M

REDACTED

SEALED  UNSEALED 4/13/06 KJK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICHARD ADJEI when and as stated in the Criminal Complaint and Affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment   __ Information   _X_ Complaint   __ Order of court   __ Violation Notice   __ Probation Violation Petition

charging him with (brief description of offense)

knowingly executing and attempting to execute a scheme or artifice to obtain any of the moneys, funds, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent representations, and with, during and in relation to a felony violation of Title 18, U.S.C., § 1344, bank fraud, knowingly using, without lawful authority, the means of identification of other persons, i.e. their names and Social Security numbers,

in violation of Title __18__ United States Code, Section (s) __1344 and 1028A__.

Honorable Kent A. Jordan
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ _____

United States District Judge
District of Delaware
Title of Issuing Officer

April 11, 2006    Wilmington, DE
Date and Location

by _____
Name of Judicial Officer

FILED
APR 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 4/11/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/13/06 | JAMES J. DANZ POSTAL INSPECTOR | [signature] James |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____Richard Adjei_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____ Bear, DE 19701_____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____male_____ RACE: ___Black_____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____