UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>  Richard Adjei<br><br>           Defendant. | )<br>)<br>)<br>)<br>)  CASE NO. **CR 06-55 GMS**<br>)<br>)<br>)<br>)<br>) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on _May 18, 2006_ requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until _June 29, 2006_. The time between the date of this order and _June 29, 2006_ shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge


cc: Defense Counsel
    United States Attorney