IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA          :

                                  :

      v.                          : Criminal No. 06-55 GMS

                                  :

RICHARD ADJEI                     :

                                  :

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a scheduling conference regarding the above-captioned defendant is scheduled, in chambers,  for **Monday, July 31, 2006, at 2:15 p.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE.  Counsel only need appear for the conference.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

July 21, 2006