UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

      -Against-                         NOTICE OF
                                            APPEARANCE

                                            Docket No. 06 CR 055
RICHARD ADJEI                       Hon. Gregory M. Sleet
                                            Date: July 27, 2006

                              Defendant.

------------------------------------------------------------------X

        PLEASE TAKE NOTICE that the Law Offices of Joseph A. Bondy has

been retained to represent the above named Defendant.


                                       *Joseph A. Bondy*
                                       The Law Offices of Joseph A. Bondy
                                       401 Greenwich St., Fifth Floor
                                       New York, NY 10013
                                       Phone:  (212) 219-3572
                                       Fax:     (212) 219-8456
                                       Email:  Joseph@Bondylaw.com