THE LAW OFFICES OF
# JOSEPH A. BONDY

JOSEPH A. BONDY

OF COUNSEL
ROBERT FOGELNEST*
HILARY SEMEL

*ADMITTED IN NY & PA

401 GREENWICH STREET
FIFTH FLOOR
NEW YORK, NY 10013
TEL 212.219.3572
FAX 212.219.8456

JOSEPH@BONDYLAW.COM
WWW.BONDYLAW.COM

August 28, 2006

<u>By ECF and Mail</u>
Hon. Gregory M. Sleet
United States District Judge
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:  <u>United States v. Richard Adjei, 06-cr-0055 (GMS)</u>

Dear Judge Sleet:

      This letter is respectfully submitted to address an actual and irreconcilable conflict of interest between counsel and client, reflected in a letter written to the Court by my client, Richard Adjei. Counsel agrees that Mr. Adjei should have new counsel represent him. This will ensure that his Sixth Amendment rights are protected fully through the entry of his anticipated cooperation plea and ensuing sentencing. I therefore respectfully request that Mr. Adjei be afforded sufficient time to find new counsel, or that counsel be appointed for him. I will assist new counsel by expeditiously providing the case files, including work product, and will remain otherwise available to assure an orderly transition.

      Thank you for your consideration of the instant application.

      Very truly yours,

*Joseph A. Bondy*
Joseph A. Bondy

cc:  Beth Moskow-Schnoll
     Richard Adjei