IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-55 GMS |
| | : |
| RICHARD ADJEI | : |

**ORDER**

WHEREAS, on May 11, 2006, an Indictment was returned in the above-captioned case (D.I. 15);

WHEREAS, on May 17, 2006, this case was assigned to the undersigned;

WHEREAS, on April 13, 2006, Mark S. Greenberg, Esq., a CJA panel attorney, was appointed to represent the defendant;

WHEREAS, on July 27, 2006, a notice of attorney appearance was filed on behalf of the defendant by Joseph A. Bondy, Esq. (D.I. 21), and the appearance of Mark S. Greenberg, Esq. was terminated on July 28, 2006;

WHEREAS, a change of plea hearing was scheduled for August 31, 2006;

WHEREAS, on August 28, 2006, a motion for leave to withdraw as counsel was filed by Joseph A. Bondy, Esq. (D.I. 22);

IT IS HEREBY ORDERED that:

1. The motion for leave to withdraw filed by Joseph A. Bondy is GRANTED;

2. The change of plea hearing scheduled for Thursday, August 31, 2006, at 2:00 p.m. is CONTINUED pending resolution of representation of the defendant. The court concludes that the

ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161; and

    3. A new schedule will be set in this case upon the entry of appearance of counsel for the defendant.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE

August ___30___, 2006