IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-55 GMS |
| | : |
| RICHARD ADJEI | : |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the telephonic scheduling conference regarding the above-captioned case is rescheduled to **Friday, October 20, 2006, at 12:45 p.m.** before the Honorable Gregory M. Sleet, United States District Judge. Counsel for the government is directed to arrange and initiate the telephone conference.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

October 2, 2006