IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-55 GMS |
| | : |
| RICHARD ADJEI | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a change of plea hearing regarding the above-captioned defendant is scheduled for **Thursday, November 16, 2006, at 2:00 p.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

October 20, 2006