IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : : | |
| v. | : : | Criminal Action No. 06-55-GMS |
| RICHARD ADJEI, a/k/a JOHNSON AGYEMAN, | : : : : | |
| Defendant. | : | |

**WAIVER OF INDICTMENT**

1. Richard Adjei, the above named defendant, who is accused of (a) bank fraud in violation of 18 U.S.C. § 1344, (b) aggravated identity theft in violation of 18 U.S.C. § 1028A, (c) engaging in monetary transactions in property derived from specified unlawful activity in violation of 18 U.S.C. § 1957, and (d) making false, fictitious, or fraudulent claims to an agency or department of the United States in violation of 18 U.S.C. § 287, being advised of the nature of the charges and of his rights, hereby knowingly, voluntarily and intelligently waives prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

2. The defendant understands that (a) unless he waives Indictment, he could not be charged with these offenses unless the Grand Jury found probable cause to believe he committed the offenses and returned an Indictment; (b) the Grand Jury is composed of at least sixteen, but not more than twenty-three lay persons, and at least twelve of those grand jurors must find probable cause to believe that the defendant committed these offenses before an Indictment could be returned; and (c) by waiving Indictment, the Government will be proceeding

by a document written by the United States Attorney and called an Information and the defendant will be prosecuted on that Information, rather than on an Indictment.

    3.    The defendant has read and reviewed with his counsel the charges in the Information, and is satisfied that his counsel has properly explained the charges and this waiver to him.

    4.  No one has made the defendant any promises or threatened or forced the defendant to waive Indictment.

_____
Richard Adjei
Defendant

_____
Mark Greenberg, Esquire
Attorney for Defendant

Dated: November 16, 2006



FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE