


**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**
**PROBATION OFFICE / PRETRIAL SERVICES AGENCY**

**JOHN R. MCDONOUGH**
**Chief Probation Officer**

FEDERAL BLDG., LOCKBOX #39
844 KING ST.
WILMINGTON, DE 19801-3588

CENTRAL OFFICE LOCATION:

SUITE 400
824 MARKET ST.
WILMINGTON, DE 19801-3588
(302) 252-2950
FAX: (302) 573-6658

BRANCH OFFICE LOCATION:

ROOM 2201, FEDERAL BLDG.
300 S NEW ST.
DOVER, DE 19904
(302) 677-0633
FAX (302) 677-0640

January 18, 2007

## MEMORANDUM

**TO:**   The Honorable Gregory M. Sleet
         U.S. District Judge

**RE:**   United States v. Richard Adjei
         Cr. A. No. 06CR00055-001 (GMS)
         **Request for Continuance**

Richard Adjei entered a guilty plea to bank fraud and aggravated identity theft on November 16, 2006. Sentencing in this matter is scheduled for February 22, 2007. The defendant is currently held without bond pending sentencing. The presentence investigation is assigned to this officer, and the purpose of this letter is to request a continuance due to delays in completing the investigation and report.

The instant offense involves a numerous victims, and a large amount of potential loss. Defense counsel has raised an issue about whether certain loss amounts should be taken into account when calculating the defendant's intended loss for guideline purposes and these amounts could potentially alter the defendant's advisory guideline range. In order to adequately address the victim and loss issues in this case, the probation office is requesting a short continuance, of less than 30 days, from the current sentencing date of February 22, 2007.

This matter has been discussed with both Assistant United States Attorney Beth Moskow-Schnoll, and the defendant's attorney, Mark Greenberg, Esquire. Neither expressed an objection to a continuance.

Respectfully Submitted,

John R. McDonough
Chief U.S. Probation Officer

Jean Lubinsky
U.S. Probation Officer

1-18-07
Date

Reviewed and Approved:

John G. Selvaggi
Deputy Chief U.S. Probation Officer

**FILED**

JAN 19 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE