IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA : : CRIMINAL ACTION

v. : : NUMBER 06-55-GMS

RICHARD ADJEI_____ : :

DEFENDANT RICHARD ADJEI'S SENTENCING MEMORANDUM

TO THE HONORABLE GREGORY M. SLEET, JUDGE OF THE SAID COURT:

Defendant RICHARD ADJEI, by his attorney, Mark S. Greenberg, Esquire, respectfully submits this sentencing memorandum for the Court's consideration in connection with sentencing scheduled for March 22, 2007.

With respect to the Revised Presentence Report, Mr. Adjei contests the loss calculation set forth in paragraph 51, and, therefore, the total loss claim reflected in paragraph 52. At the outset, there is a typographical error in paragraph 51. It should properly read "*Total claims for 2004.*" In addition, the loss for 2004 should be reduced by $70,303, the amount of legitimate returns Mr. Adjei filed for tax year 2004.[1] Although the probation officer claims that there are duplicate Earned Income Tax Credits [EITC] totaling $25,508 which should be deducted from the $70,303, these

---

[1] Corresponding a 2004 loss of $520,252, not $590,555.

duplications occurred in tax year 2005, which concededly involved exclusively fraudulent returns. Mr. Adjei submits, however, that one cannot infer that there were fraudulent EITCs in 2004 simply because the names of the dependents listed in 2004 may have been duplicated in 2005. Therefore, paragraph 52 should properly read $987,193.

For purposes of paragraph 71, because the loss is more than $400,000 but less than $1,000,000, the base offense level is increased by 14 levels, not 16 levels. The total offense level in paragraph 79 should therefore be 21, corresponding to a sentencing guideline range of 37-46 months.

The Sentencing Guidelines are, of course, advisory. In deciding the appropriate sentence, the Court should take into account the following:

- Mr. Adjei's difficult upbringing in Africa and his immigration to the United States to help his cancer-stricken mother;

- Mr. Adjei has consistently maintained legitimate employment in the United States and has worked at Chimes, Inc.; A&D Pharmaceuticals; Circuit City and Photo Circuits. This employment history has been maintained notwithstanding Mr. Adjei's alienage;

- Mr. Adjei has been productive while incarcerated by getting his GED and High School diploma;

- Mr. Adjei expresses regret at his actions and explains that his actions were motivated by a desire to help his mother financially who had been stricken with cancer;

- Mr. Adjei has been debriefed by and supplied information to

the government regarding the scheme and the involvement of others.

                              Respectfully submitted,

                              _____/s/_____
                              MARK S. GREENBERG, ESQUIRE
                              Attorney for RICHARD ADJEI

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA : : CRIMINAL ACTION

    v. : : NUMBER 06-55-GMS

RICHARD ADJEI_____ : :

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct of the foregoing response was served upon AUSA Beth Moscow-Schnoll, 1007 Orange Street, Wilmington, Delaware on the date below via electronic filing.

                                    _____/s/_____
                                    MARK S. GREENBERG, ESQUIRE
                                    Attorney for Defendant
                                    RICHARD ADJEI__

DATED: March 16, 2007