# NOTICE OF APPEAL TO
# U. S. DISTRICT COURT DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : : | CRIMINAL ACTION |
| v. | : : | NUMBER 06-55-GMS |
| RICHARD ADJEI | : : | |

Notice is hereby given that RICHARD ADJEI appeals to the United States Court of Appeals for the Third Circuit from the Judgment of Sentence entered by the Honorable Gregory M. Sleet on April 23, 2007.

Dated: <u>April 26, 2007</u>

_____/S/_____  
MARK S. GREENBERG, ESQUIRE  
1429 Walnut Street, 13th Floor  
Philadelphia, PA 19102  
(215) 735-5900

BETH MOSKOW-SCHNOLL(AUSA)  
(Counsel for Appellee)  
1007 Orange Street  
Suite 700  
Wilmington, DE 19899-2046