Richard Adjei # 05082-015
FDC Philadelphia
P.O. Box 562
Philadelphia, Pa. 19106
4/30/07

Dear Clerk of the Court

Please return a "Filed Stamped Copy" of the enclosed motion to Richard Adjei in the enclosed stamped envelope.



_____
Richard Adjei

